UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-392-D(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | MOTION TO SEAL PROPOSED |
| | ) | SEALED DOCUMENT |
| LUIS JOEL ROBLES LATORRES, | ) | |

Before the Court for consideration is Defendant Luis Joel Robles Latorres's Motion to Seal Proposed Sealed Document, Docket Number 161. For good cause shown, the Defendant's Motion is GRANTED.

It is therefore ORDERED that Docket Number 161 shall be and is hereby sealed.

SO ORDERED, this the **4** day of October 2018.

                                              HON. JAMES C. DEVER III
                                              CHIEF UNITED STATES DISTRICT JUDGE