UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| UNITED STATES OF AMERICA v. LUIS JOEL ROBLES LATORRES | CASE # 5:17-CR-00392-D SEALED |
|---|---|

ORDER

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 200 be SEALED until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the __18__ day of December, 2018.

_____
JAMES C. DEVER III
United States District Judge