IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-392-D

UNITED STATES OF AMERICA,      )
                               )
        v.                     )
                               )        **ORDER**
LUIS JOEL ROBLES LATORRES,     )
                               )
        Defendant.             )

The United States SHALL respond to defendant's motion for sentence reduction [D.E. 321]

not later than June 15, 2026.

SO ORDERED. This 10 day of April, 2026.

_____
JAMES C. DEVER III
United States District Judge