IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-392-D

UNITED STATES OF AMERICA, )
)
) **ORDER**
)
v. )
)
LUIS JOEL ROBLES LATORRES, )
)
Defendant.

This matter comes before the Court on the Government's Motion to Seal Exhibits A and B – Defendant's Medical Records attached to Government's Response in Opposition to Defendant's Motion for Compassionate Release. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibits A and B – Defendant's Medical Records [D.E. 341].

SO ORDERED this 16 day of June, 2026.

JAMES C. DEVER III
United States District Court Judge

1